the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–213. FORTIER, AKA FONTAINE *v.* PROJECT HOPE, INC. Appeal from Sup. Ct. Okla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 73–215. FALKNER ET UX. *v.* FERGUSON, JUDGE, ET AL. Appeal from D. C. S. D. Fla. Motion to dispense with printing jurisdictional statement granted. Appeal, dismissed. *Mengelkoch* v. *Industrial Welfare Commission,* 393 U. S. 83 (1968), and *Wilson* v. *City of Port Lavaca,* 391 U. S. 352 (1968).

No. 73–216. FALKNER ET UX. *v.* FERGUSON, JUDGE, ET AL. Appeal from D. C. S. D. Fla. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of jurisdiction. *Mengelkoch* v. *Industrial Welfare Commission,* 393 U. S. 83 (1968).

No. 73–249. UNION PACIFIC RAILROAD CO. *v.* HECKERS, EXECUTIVE DIRECTOR, DEPARTMENT OF REVENUE. Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS concurs, being of the view that a corporation is not a "person" within the meaning of the Equal Protection Clause of the Fourteenth Amendment. *Wheeling Steel Corp.* v. *Glander,* 337 U. S. 562, 576 (DOUGLAS, J., dissenting).